UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. KINDRED,<br><br>        Plaintiff,<br><br>    v.<br><br>BRANDON PRICE, et al.,<br><br>        Defendants. | Case No.: 1:19-cv-00955-JLT (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 2) |

    Plaintiff filed an application to proceed in forma pauperis. Examination of these documents reveals that plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

    Dated: **July 31, 2019**                       **/s/ Jennifer L. Thurston**
                                                                      UNITED STATES MAGISTRATE JUDGE