UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>A. DIKE,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00955-AWI-JLT (PC)<br><br>**ORDER DISREGARDING PLAINTIFF'S MOTION AS UNNECESSARY**<br><br>(Doc. 20) |

On May 11, 2020, Plaintiff filed a document titled, "motion to reply plaintiffs' challenging of the exhausting of administrative remedies." (Doc. 20.) Plaintiff states that the Court has ordered Plaintiff to explain "why it should grant plaintiff to continue forward with his [c]ivil [l]itigation without exhausting administrative remedies." (*Id.*) The Court, however, has not ordered Plaintiff to address any exhaustion issues. Additionally, as of the date of this order, Defendants have not filed a motion claiming that Plaintiff has failed to exhaust. It is unclear if Plaintiff intended to file this motion in a different case. In any event, the motion is not relevant to any filings in this case. Therefore, the Court DISREGARDS the motion as unnecessary.

IT IS SO ORDERED.

　　Dated:　　**May 12, 2020**　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE