UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED,<br><br>            Plaintiff,<br><br>      v.<br><br>B. PRICE, et al.,<br><br>            Defendants. | No. 1:19-cv-00955-AWI-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 8) |

      Plaintiff Richard Scott Kindred is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On February 3, 2020, the assigned magistrate judge issued a screening order, finding that plaintiff's complaint (Doc.1) states cognizable claims against Defendant Dike but not against Defendants Phi, Powers, or Price. (Doc.6.) Pursuant to the screening order, Plaintiff filed a notice that that he "desires to proceed only on the claims found cognizable … against Defendant Dike and the Doe Defendant and to dismiss Phi, Powers, an [sic] Price." (Doc. 7.)

      Accordingly, on February 20, 2020, the magistrate judge filed findings and recommendations, recommending that Defendants Phi, Powers, and Price be dismissed. (Doc. 8.) The findings and recommendations were served on Plaintiff and provided him 14 days to file objections thereto. (*Id.* at 2.) Plaintiff has not filed objections and the time do so has passed.

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

2  *de novo* review of this case. Having carefully reviewed the file, the Court finds the findings and

3  recommendations to be supported by the record and proper analysis.

4    Accordingly, the Court ORDERS:

5    1.   The findings and recommendations filed on February 20, 2020 (Doc. 8) are

6         ADOPTED in full;

7    2.   Defendants Phi, Powers, and Price are DISMISSED;

8    3.   The Clerk of the Court is DIRECTED to change the name of this action to

9         "*Kindred v. Dike*" and,

10   4.   This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   June 26, 2020                                   _____
                                                         SENIOR  DISTRICT  JUDGE