UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED,<br><br>        Plaintiff,<br><br>   v.<br><br>A. DIKE,<br><br>        Defendant. | Case No. 1:19-cv-00955-AWI-JLT (PC)<br><br>**ORDER DIRECTING DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO MODIFY SUBPOENA**<br><br>(Doc. 32)<br><br>21-DAY DEADLINE |

On August 28, 2020, Plaintiff filed a document labeled "Objection of Defendant … Dike … Subpoena Requesting Mental Health Records." (Doc. 32.) The Court construes the document as a motion to modify a subpoena pursuant to Federal Rule of Civil Procedure 45(d)(3). The Court therefore DIRECTS Defendant to file an opposition or a statement of non-opposition to Plaintiff's motion within 21 days. Plaintiff may file a reply within 7 days of the filing of Defendant's opposition, if any. *See* Local Rule 230(l).

IT IS SO ORDERED.

   Dated: __**August 30, 2020**__                  /s/ Jennifer L. Thurston
                                                                         UNITED STATES MAGISTRATE JUDGE