1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11   RICHARD SCOTT KINDRED,                Case No. 1:19-cv-00955-AWI-JLT (PC)
12                    Plaintiff,            **ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY SUBPOENA**
13          v.
                                           (Doc. 32)
14   A. DIKE,
15                    Defendant.
16

17         On August 28, 2020, Plaintiff filed a document titled, "Objection of Defendant Anthony

18   Dike, MD; Subpoena Requesting Mental Health Records from a Third Party" (Doc. 32.) The

19   Court construed the document as a motion to modify a subpoena pursuant to Federal Rule of Civil

20   Procedure 45(d)(3), and ordered Defendant to file a response. (Doc. 33.) Defendant filed a

21   statement of non-opposition to Plaintiff's motion on September 1, 2020, referencing the Court's

22   prior order on a similar motion. (Doc. 36; *see* Doc. 27.) Accordingly, the Court ORDERS:

23         1.  Plaintiff's motion to modify the subpoena (Doc. 32) is GRANTED as described

24             below; and,

25         2.  Defendant's subpoena to Community Regional Medical Center, with a production date

26             of September 1, 2020, is modified to strike the paragraph on Attachment A that begins

27             with, "Any and all psychiatric/psychological records." The preceding paragraph,

28             which begins with "Any and all records of RICHARD SCOTT KINDRED (DOB:

1/27/1963; CO 000543-9)," is modified to add the phrase "from January 1, 2015, to
September 1, 2020" immediately after "(DOB: 1/27/1963; CO 000543-9)."

IT IS SO ORDERED.

Dated:   **September 2, 2020**              **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE