# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED,<br><br>        Plaintiff,<br><br>   v.<br><br>A. DIKE,<br><br>        Defendant. | Case No. 1:19-cv-00955-AWI-JLT (PC)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO TAKE PLAINTIFF'S DEPOSITION BY VIDEO**<br><br>(Doc. 39) |

    Defendant requests leave to take the deposition of Plaintiff by video, pursuant to Federal Rule of Civil Procedure 30(b)(4), due to the ongoing COVID-19 pandemic. (Doc. 39.) Good cause appearing, the Court GRANTS Defendant's request, provided that (1) Defendant serves Plaintiff with the notice required by Rule 30(b)(1) at least 14 days in advance of the deposition, and (2) the Department of State Hospitals-Coalinga, where Plaintiff is currently detained, has the necessary equipment and protocols for the video deposition. (*See* Doc. 14 at 2.)

///

///

///

///

///

///

Aside from the requirements set out by the Federal Rules, the Court declines to place additional restrictions or conditions on the deposition. Defense counsel shall coordinate with personnel at DSH-Coalinga to set up the deposition.

IT IS SO ORDERED.

Dated: **September 20, 2020**             **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE