UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED,<br><br>Plaintiff,<br><br>v.<br><br>A. DIKE,<br><br>Defendant. | Case No.: 1:19-cv-00955-AWI-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AS UNTIMELY**<br><br>(Doc. 47) |

On January 25, 2021, Plaintiff filed a motion to compel the production of documents or, in the alternative, for a subpoena *duces tecum*. (Doc. 47.) Defendant filed an opposition to the motion on February 2, 2021. (Doc. 48.) Therein, Defendant contends that Plaintiff's motion is time-barred.[1] (*Id.* at 2.) The Court agrees.

Plaintiff's motion and proof of service are dated January 12, 2021. (Doc. 47 at 4, 5.) Thus, assuming the prison-mailbox rule applies, Plaintiff submitted his motion for filing on that date. However, "[t]he deadline to complete discovery, including filing motions to compel, [wa]s December 16, 2020." (Doc. 38.) This was an extension from the original discovery deadline of September 17, 2020. (*See* Doc. 14 at 3.) Thus, Plaintiff submitted his motion nearly a month after the continued discovery cutoff date.

---

[1] Defendant also contends that Plaintiff failed to serve the motion on Defendant's counsel. (Doc. 48 at 2.) However, per the Court's first information order, "[a] pro se plaintiff need not serve documents on counsel for a defendant." (Doc. 3 at 4.)

Plaintiff has not filed a reply to Defendant's opposition, and the time to do so has passed. *See* Local Rule 230(l). Plaintiff does not provide justification for why his motion is untimely, or why he failed to request an extension of the discovery deadline as indicated by the Court's discovery and scheduling order and first informational order. (Doc. 14 at 3; Doc. 3 at 5.) Accordingly, the Court DENIES Plaintiff's motion as untimely.

IT IS SO ORDERED.

Dated: __**March 3, 2021**__         _____/s/ Jennifer L. Thurston_
                                            UNITED STATES MAGISTRATE JUDGE