UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY DIKE,<br><br>    Defendant. | No. 1:19-cv-00955-AWI-JLT (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>(Doc. Nos. 49, 55, 56) |

    Plaintiff Richard Scott Kindred is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff alleges Defendant-Dr. Anthony Dike provided him inadequate medical care in violation of the Fourteenth Amendment. Doc. No. 1. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On February 16, 2021, Defendant filed a motion for summary judgment. Doc. No. 49. Plaintiff filed an opposition on May 19, 2021, to which Defendant filed a reply on May 26, 2021. Doc. Nos. 53 & 54.

    On August 27, 2021, the assigned magistrate judge filed findings and recommendations, recommending that Defendant's motion for summary judgment be granted. Doc. No. 56. The magistrate judge found "there is a complete absence of proof concerning essential elements of Plaintiff's case." Id. at 7. The judge found that, "[s]pecifically, there is no genuine dispute of

material fact as to whether [Dr. Dike] substantially departed from accepted professional judgment, . . . and there is no genuine dispute of material fact as to whether Dr. Dike's actions or failures to act caused Plaintiff any harm." Id. (internal quotation marks and citation omitted).

The findings and recommendations were served on Plaintiff and provided that he may file objections within 21 days. Id. at 8. Plaintiff has not filed any objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on August 27, 2021 (Doc. No. 56) are ADOPTED in full;
2. Defendant's motion for summary judgment (Doc. No. 49) is GRANTED;
3. Plaintiff's motion for miscellaneous relief (Doc. No. 55) is DENIED as moot; and,
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 30, 2021                       _____
                                                                    SENIOR DISTRICT JUDGE